ELECTRONICALLY FILED
Monroe County Circuit Court
Alice F. Smith, Circuit Clerk
2026-Jun-01 14:41:29
48CV-26-89
C01D03 : 6 Pages

**IN THE CIRCUIT COURT OF MONROE COUNTY, ARKANSAS**
**CIVIL DIVISION**

---

**DAVID BAXTER, SR,**

**Plaintiff,**

**v.**

**Docket No. _______________**
**JURY DEMANDED**

**DOLGENCORP, LLC d/b/a**
**DOLLAR GENERAL,**

**Defendant.**

---

**AMENDED COMPLAINT FOR PERSONAL INJURY**

---

**COMES NOW** your Plaintiff, David Baxter, Sr., by and through undersigned counsel, and files this Amended Complaint for Personal Injury against Dolgencorp, LLC d/b/a Dollar General for injuries and resulting damages and would respectfully state unto this Honorable Court the following, to wit:

**I.**

**AMENDMENT**

1. This Complaint is being amended as a matter of right pursuant to Rule 15 to change the name of the Defendant from Dollar General Corporation to Dolgencorp, LLC d/b/a Dollar General. All substantive allegations against Defendant remain unchanged.

**II.**

**JURISDICTION AND VENUE**

2. Plaintiff, David Baxter, Sr., is an adult resident citizen of Brinkley, Arkansas.



EXHIBIT
4

3. Plaintiff alleges that the Defendant, Dolgencorp, LLC d/b/a Dollar General (hereinafter referred to as "Dollar General"), is a foreign for-profit corporation conducting business in the State of Arkansas, and that may be served through its registered agent, Corporation Service Company, 300 S. Spring Street, Suite 900, Little Rock, Arkansas 72201.

4. This Complaint alleges a premises liability negligence action for personal injuries the Plaintiff suffered on January 25, 2026 on Dollar General's premises at 915 S. Main Street, Brinkley, AR 72021. Jurisdiction and venue are proper with this Court pursuant to Ark. Code Ann. § 16-60-101.

**III.**

**FACTS**

5. Defendant Dollar General owns and operates a chain of general stores open for public shopping throughout Arkansas.

6. On January 25, 2026, Plaintiff was shopping at the Dollar General Store located at 915 S. Main Street, Brinkley, AR 72021.

7. On January 25, 2026, Plaintiff was on Dollar General's premises at 915 South Main Street, Brinkley, Arkansas for a purpose connected with Dollar General's business.

8. On January 25, 2026, Plaintiff was on Dollar General's premises at 915 South Main Street, Brinkley, Arkansas for a purpose connected with an activity which Dollar General permits to be carried on at the premises.

9. In the days leading up to January 25, 2025, the near-certain prospect of a historic winter storm in areas including Monroe County had been publicly reported and broadcast.

10. This winter storm ultimately resulted in the accumulation of ice and snow at the entrance of the Dollar General located at 915 South Main Street.

11. At the time in question, when exiting or entering the store, business invitees such as the Plaintiff had to walk across ice and snow that had accumulated near the entrance.

12. On January 25, 2025, while exiting the Dollar General, Plaintiff slipped and fell on a patch of ice that had accumulated and that Dollar General had allowed to remain outside near the store's entrance.

13. The fall resulted in the Plaintiff striking his head on the ground and suffering a traumatic brain injury that required surgical intervention.

14. Plaintiff alleges that at all times he was exercising care and caution for his own safety and for the safety of others.

15. Plaintiff alleges that his injuries and damages were the direct and proximate result of Defendant's negligence.

**IV.**

**NEGLIGENT ACTS AND/OR OMISSIONS**

16. Plaintiff adopts and re-alleges the allegations contained in each preceding paragraph as if fully set forth herein.

17. Plaintiff alleges that Dollar General and its employees, staff, personnel, and/or agents owed a duty to invitee customers on the premises generally, and Plaintiff particularly, to use ordinary care to maintain the premises in a reasonably safe condition for an invitee.

18. Plaintiff alleges that Dollar General and its employees, staff, personnel, and/or agents owed a duty to invitee customers on the premises generally, and Plaintiff particularly, to use ordinary care for his safety.

19. Plaintiff alleges that Dollar General should reasonably have anticipated that their business invitees, including the Plaintiff, would have been exposed to the danger caused by the ice when entering and exiting the store.

20. Plaintiff alleges that January 25, 2026, Dollar General employees, staff, personnel, and/or agents breached their duty by committing the following acts of negligence, imputed to Dollar General, to wit:

(a) Negligently failing to take proper precautions in advance of the winter storm to minimize the hazards their customers would encounter on their premises;

(b) Negligently failing to clear a safe walkway free from ice after the winter storm that their customers could utilize when entering or exiting the store;

(c) Failing to take the necessary steps and action to correct the, dangerous hazard when Defendant knew and/or should have known that the condition could cause injury to invitees, including the Plaintiff;

(d) Failing to keep the parking lot in a reasonably safe condition;

(e) Allowing the dangerous condition described herein to be and remain in the parking lot for an unreasonable length of time prior to the Plaintiff's fall;

(f) Failing to take action to remove or correct the dangerous condition after knowing of its existence;

(g) Failing to properly inspect the parking lot; and/or

(h) Other ways to be shown upon completion of discovery in this case.

20. The above-referenced acts and/or omissions created an unreasonably dangerous condition constituting negligence in tort.

**V.**

**PROXIMATE CAUSE**

21. Plaintiff adopts and re-alleges the allegations contained in each preceding paragraph as if fully set forth herein.

22. The above-described negligence of Dollar General's employees, staff, personnel, and/or agents, which are imputed to Dollar General, was the direct and proximate cause of the Plaintiff's fall and injuries described with particularity below.

## VI.

## INJURIES AND DAMAGES

23. Plaintiff adopts and re-alleges the allegations contained in each preceding paragraph as if fully set forth herein.

24. Plaintiff David Baxter, Sr. alleges that as a direct and proximate result of the above described negligent violations of the common law by Dollar General and its employees, staff, personnel, and/or agents, he sustained multiple, serious, and disabling injuries to his body as a whole, including, but not limited to a traumatic brain injury that required surgical intervention.

25. Plaintiff David Baxter, Sr. alleges that he incurred reasonable and necessary medical expenses in order to alleviate his pain and suffering and believes that he will incur said expenses in the future.

26. Plaintiff David Baxter, Sr. alleges that he has endured pain and suffering and may continue to suffer from the injuries arising out of the subject incident.

27. Plaintiff David Baxter, Sr. alleges that he has sustained a loss of quality and enjoyment of the normal pleasures of life as a result of the subject incident, past, present, and future.

## VII.

## RELIEF SOUGHT

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff David Baxter, Sr. sues Defendant Dolgencorp, LLC d/b/a Dollar General for an amount of restitution and compensation in excess of that required for federal diversity jurisdiction and sufficient to fully compensate her for her injuries.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff David Baxter, Sr. respectfully prays for damages as they may appear on the trial of this cause, reserving the right to amend this pleading to conform to the facts as they may develop, for costs, and for all other general relief justified by the facts under the law or in equity.

Respectfully Submitted,

*/s/ Neil Umsted*

Neil Umsted (#2023006)
TopDog Law SE, PLLC
95 White Bridge Pike, Suite 510
Nashville, TN 37205
Phone: (901) 567-9593
Facsimile: (561) 766-7054
neil.umsted@topdoglaw.com